No. 84–6868.   VALENTINO *v.* SUPERIOR COURT OF THE COUNTY OF CONTRA COSTA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 84–6869.   MERRILL *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 84–6870.   CORLEY *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–6871.   JONES *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–6874.   TILLIS *v.* DAVIS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–6875.   WADE *v.* FRONTIER PROPERTIES, INC., ET AL. C. A. 5th Cir.   Certiorari denied.

No. 84–6876.   GRIFFITH ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 84–6877.   BOWERS *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 84–6878.   JENNELL *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–6880.   BUNKER *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 84–6882.   CLEMMONS *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 84–6883.   GREER *v.* BLACK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 84–6885.   UNANGST *v.* PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 84–6886.   MORLAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–6887.   RADOGNA *v.* PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.